UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSEPH SIMONE
           Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Cr. No.

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b), Fed.R.Crim.P.

Dated: Brooklyn, New York
       March 6, 2007

                        ROSLYNN R. MAUSKOPF
                        United States Attorney
                        Eastern District of New York

By: _____
     Sean T. Haran
     Assistant U.S. Attorney
     (718) 254-6176

To: Clerk of the Court

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Joseph Simone__

2. Related Magistrate Docket Number(s) _____

   None ( x )

3. Arrest Date: ____N/A____

4. Nature of offense(s):   X   Felony
                           ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Richmond__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes   ( ) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
Sean T. Haran
Assistant U.S. Attorney
(718) 254-6176

Rev. 3/22/01